RECEIVED
APR 25 2008

Dear Office of the Clerk,                                                4-22-08

    I received a notice "Filed" April 16, 2008 (NO. CV-08-1978). Telling me to send a $5.00 filing fee.

    My issue is that I sent a $5.00 filing fee back in 10/2007, when I asked for an extension of time. (NO. C 07-4447 MJJ (PR). The Order was "Dismissed" without prejudice pending the actual filing of the "Habeas Corpus" in question. It went on to state that the "Application to proceed in forma pauperis is hereby "Granted."

    It is my understanding that since my request for an extension was not considered an actual "Habeas Corpus". The $5.00 filing fee would be credited to the filing of the "Habeas Corpus" in question.

    Attached to the "Habeas Corpus" filed April 16, 2008. In (Exhibit-4) is a copy of the Court Granting me permission to proceed in forma pauperis.

    I have filed a trust account order with the prison on 4-22-08 to send you another $5.00 in regards to my "Hapeas Corpus" filed 4-16-08 (NO. CV-08-1978). Just to be safe.

Sherman Davis D-40369
CSP-Corcoran
P.O. Box 3481
Corcoran, CA. 93212

Sherman Davis D-40369
CSP- Corcoran
P.O. Box 3481
Corcoran, CA. 93212

"Legal"

CORCORAN STATE PRISON

BAKERSFIELD CA 933
MOJAVE CA

"Legal"

To: Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA. 94102

14 USA
Julia Ward Howe