**FILED**

AUG - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

C-08-1978-CW

Dear Court,       8-5-08

I am complying with an order by District Court Judge "Claudia Wilken".
I am enclosing a copy of the "Cover page" of the state habeas corpus that I have been given a "stay" to exhaust.

The writ was sent to "Alameda Co. Superior Court, Oakland CA." on 8-4-08 processed by Correctional Officer "Munoz", CSP-Corcoran (4B-Law Library)

MC-275

Name **Sherman Level Davis**
Address **Corcoran State Prison, CA.**
**P.O. Box 3481 (4B1R-28)**
**Corcoran, CA. 93212**
CDC or ID Number **D-40369**

**Oakland California Superior Court**
(Court)

| | |
|---|---|
| **Sherman Level Davis**<br>Petitioner<br>vs.<br>**George A. Ortiz**<br>Respondent | PETITION FOR WRIT OF HABEAS CORPUS<br><br>No. _____<br>*(To be supplied by the Clerk of the Court)* |

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

**Filed on 8-4-08, Sherman Davis**

Sherman Davis D-40369
CSP-Corcoran (4B1R-38)
P.O. Box 3481
Corcoran, CA 93212

/STATE PRISON CORCORAN

"LEGAL"




BAKERSFIELD CA 933
MOJAVE CA
05 AUG 2008 PM 3 T

"LEGAL"

To: Office of the Clerk, U.S. District court
Northern District of California
1301 Clay Street, 400 S. Tower
Oakland, CA 94612-5212

9461242527 C037




8/05/08  R. Akhtar

Case 4:08-cv-01978-CW    Document 6-2    Filed 08/08/2008    Page 2 of 2